**United States Bankruptcy Court**
Southern District of Texas

In re   Southwest Guaranty, Ltd.
                                Debtor

Case No.   10-32200-H3-11

Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles Francis<br>1202 Seagler Apt. 176<br>Houston, TX 77042 | | | Limited Partnership Interest: 0.00% Capital; 1.00% Profit |
| Milestone Venture Group "A"<br>Three Riverway, Suite 1010<br>Houston, TX 77056 | | | Limited Partnership Interest: 7.01% Capital; 58.806% Profit |
| Milestone Venture Group "B"<br>Three Riverway, Suite 1010<br>Houston, TX 77056 | | | Limited Partnership Interest: 52.39% Capital; 0.00% Profit |
| Russell T. Gaines<br>Three Riverway, Suite 1285<br>Houston, TX 77056 | | | Limited Partnership Interest: 39.6% Capital; 39.204% Profit |
| Southwest Guaranty Management, Inc.<br>Three Riverway, Suite 1010<br>Houston, TX 77056 | | | General Partnership Interest: 1.00% Capital; 0.99% Profit |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Gen.Part., Southwest Guaranty Management Inc. of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  Apr. 1, 2010

Signature  Russell S. Gaines
Russell T. Gaines
President of Gen.Part., Southwest Guaranty Management

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0   continuation sheets attached to List of Equity Security Holders