

**ENTERED**
**04/21/2010**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

|   |   |   |
|---|---|---|
| IN RE | ) | |
| | ) | |
| SOUTHWEST GUARANTY, LTD., | ) | CASE NO. 10-32200-H3-11 |
| | ) | |
| Debtor, | ) | |
| | ) | |

<u>JUDGMENT AND ORDER TO SHOW CAUSE</u>

Based on the separate Memorandum Opinion signed this same date, it is

ORDERED that the following are denied without prejudice:

    1) The "Emergency Motion (I) for Interim Authority to Use Cash Collateral (II) to Incur Post Petition Indebtedness under 11 U.S.C. §363, §364 and §105 and (III) Request for Preliminary and Final Hearings" (Docket No. 11);

    2) The "Emergency Motion to Clarify That Automatic Stay (I) Does Not Prohibit Debtor from Proceeding with State Court Litigation And (II) Prohibits Compass Bank from Seeking Any Determination As to the Ownership of the Parliament Partners Note" (Docket No. 12);

    3) The "Emergency Motion for Order Authorizing Payment of Pre-petition Compensation, Taxes, and Benefits and Request for Expedited Hearing" (Docket No. 13); and

    4) The "Debtor's Emergency Motion for Order (I) Authorizing Debtor to Furnish Cash Deposit for Adequate Assurance of Utility Service under 11 U.S.C. §366 and (II) Prohibiting Utility Companies from Discontinuing Services" (Docket No. 14).

It is further

ORDERED that Debtor shall appear, on May 13, 2010, at 10:30 a.m., in Courtroom 401, 515 Rusk, Houston, Texas, and show cause why the above captioned Chapter 11 case should not be dismissed.

Signed at Houston, Texas on April 21, 2010.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE