

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/05/2010

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SOUTHWEST GUARANTY, LTD. | § | CASE NO. 10-32200-H3-11 |
| | § | |
| DEBTOR | § | (Chapter 11) |

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

Upon Application of the Debtor, filed with the Court on July 7, 2010 for authority to employ the law firm of Winderweedle, Haines, Ward & Woodman, P.A. ("WHWW") (the "Application") to perform legal services in the case styled *Southwest Guaranty, Ltd. v. Parliament Partners, Inc., et. al.* pending in the *Circuit Court of the Ninth Judicial Circuit in and For Orange County, Florida* under *Case No. 2010-CA-004108-O* (the "State Court Lawsuit") described in the Application, and upon the annexed Affidavit of the proposed counsel, and it appearing that notice of hearing on said Application is sufficient under the circumstances, and no adverse interest nor connections with the Debtor, the creditors or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, having been represented, and it appearing that, based upon the Affidavit presented to the Court, WHWW does not represent an interest adverse to the estates on the matters for which they are engaged, nor have undisclosed connections with the Debtor, the creditors or any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, and that this employment is necessary and would be in the best interest of the estate, it is therefore,

ORDERED that the Debtor is authorized to employ WHWW effective as of July 1, 2010 to represent the Debtor in the State Court Lawsuit referred to in the Application based on hourly

683798-1

compensation set forth in Exhibit "A" to the Application and reimbursement of reasonable expenses, upon Application and Order of the Court.

DATED: _____8/5/10_____

_____
UNITED STATES BANKRUPTCY JUDGE

683798-1